UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
MAR 2 8 2025
NATHAN OCHSNER
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | **WAIVER OF PRELIMINARY EXAMINATION** |
| vs. § | | (Rule 5, Fed.R.Crim.P.) |
| EDUARDO LONGORIA, JR. § | | Case No.: 1:25 MJ 00231-001 |

I **EDUARDO LONGORIA, JR.**, charged in a **complaint** pending in this District with **POSSESSION OF CHILD PORNOGRAPHY** and having appeared before this Court and been advised of my rights as required by Rule 5, Fed.R.Crim.P., including my right to have a preliminary examination, do hereby waive my right to a preliminary examination.

_____
Defendant

_____
Counsel for Defendant

Date: 3-28-2025